AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

<table>
<tr><td>VITALI YAUHFRAU<br><br>*Plaintiff(s)*<br><br>v.<br><br>RRG LOGISTICS LLC,<br>a Florida Limited Liability Company;<br>FARKHOD FOZILOV, individually<br><br>*Defendant(s)*</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No. 1:26-cv-22113-DPG</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RRG LOGISTICS LLC

      FARKHOD FOZILOV, registered agent
      8005 COPENHAGEN WAY
      BOCA RATON, FL 33434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JEROME RAMSARAN, ESQ. (FBN: 112703)
      RAMSARAN LAW GROUP
      1200 Brickell Ave., Suite 1950
      Miami, FL 33131
      Tel. (888) 423-9393 | Fax (866) 473-2260

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Mar 30, 2026

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court